[No. 12755–1–I. Division One. April 29, 1985.]

JACK V. MCKENZIE, ET AL, *Plaintiffs*, v. JOHN A. CORRADO, ET AL, *Respondents*, ALLIED FIDELITY INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 81–2–13319–3, James D. McCutcheon, Jr., J., entered December 23, 1982. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Williams and Grosse, JJ.

[No. 14147–3–I. Division One. April 29, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNSON AUGUSTUS POWELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83–1–02159–2, H. Joseph Coleman, J., entered December 7, 1983. *Affirmed* by unpublished opinion per Corbett, C.J., concurred in by Scholfield and Webster, JJ.

[No. 13719–1–I. Division One. April 29, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVIN O. SIMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83–1–00745–0, Peter K. Steere, J., entered August 15, 1983. *Affirmed* by unpublished opinion per Corbett, C.J., concurred in by Scholfield and Webster, JJ.